D. Conn.
23-cv-660
Nagala, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of April, two thousand twenty-four.

Present:
>Debra Ann Livingston,
>>*Chief Judge,*
>
>Reena Raggi,
>Beth Robinson,
>>*Circuit Judges.*

Haocheng Qian,

*Plaintiff-Appellant,*

v.   23-1196

K Trans Worldwide Logistics LLC,

*Defendant-Appellee.*

Appellant, pro se, moves in this Court for the return of goods, compensation for financial losses, and for the Court to require the Appellee to retain counsel licensed to practice law in New York. Upon due consideration, it is hereby ORDERED that decision on the motions is DEFERRED and the appeal is HELD IN ABEYANCE until the district court rules on Appellant's motion for reopening, which was filed on August 22, 2023. D. Conn. 23-cv-660, doc. 17. Appellant's notice of appeal will become "effective" when that motion is decided. *See* Fed. R. App. P. 4(a)(4)(B)(i), 4(a)(4)(A)(iv); *see also Hodge ex rel. Skiff v. Hodge*, 269 F.3d 155, 157 n.4 (2d Cir. 2001) (per curiam).

Appellant shall notify this Court within 30 days after the district court's decision on the pending motion is entered. After the appeal has been reactivated, the motions will be decided by a new panel in the ordinary course. If Appellant wishes to appeal the district court's order deciding the pending motion, he "must file a notice of appeal, or an amended notice of appeal." Fed. R. App. P. 4(a)(4)(B)(ii).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/05/2024