AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| HAOCHENG QIAN <br> *Plaintiff* <br> v. <br> K TRANS WORLDWIDE LOGISTICS LLC <br> *Defendant* | ) ) ) ) ) Case No. 3:23-cv-00660-SVN |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

K TRANS WORLDWIDE LOGISTICS LLC

Date:   04/03/2025

*Attorney's signature*

JONATHAN J. EINHORN, ct00163
*Printed name and bar number*
129 Whitney Avenue
New Haven, CT. 06510

*Address*

einhornlawoffice@gmail.com
*E-mail address*

(203) 777-3777
*Telephone number*

(203) 782-1721
*FAX number*