UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAOCHENG QIAN,<br>Plaintiff | No 3:23-cv-00660-SVN |
| v. | |
| K TRANS WORLDWIDE LOGISTICS LLC,<br>Defendant | April 18, 2025 |

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)

Defendant, K Trans Worldwide Logistics LLC ("Defendant"), respectfully moves this Honorable Court to dismiss the Amended Complaint filed by Plaintiff, Haocheng Qian ("Plaintiff"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUMITTED

THE DEFENDANT, K TRANS WORLDWIDE LOGISTICS, LLC

BY */s/ Jonathan J. Einhorn*
JONATHAN J. EINHORN

129 WHITNEY AVENUE

NEW HAVEN, CONNECTICUT 06510

FED. BAR NO. CT 0016

203-777-3777

einhornlawoffice@gmail.com

## CERTIFICATION

      I hereby certify that on this 18th day of April, 2025, a copy of the foregoing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      */s/ Jonathan J. Einhorn*

      JONATHAN J. EINHORN